**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

March 30, 2010

**LETTER ORDER**

Re:   MacNaughton v. Harmelach, et al.
      **Civil Action No. 09-5450 (PGS)**

Dear Counsel and Mr. MacNaughton:

Please be advised that a telephone status conference has been scheduled for **April 5, 2010 at 4:00 P.M. Counsel for the Defendant shall initiate the call.** Please mark your calendars accordingly and should you have any questions please call (973) 297-4887.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.M.J**