**LITE DEPALMA GREENBERG, LLC**
Michael E. Patunas
Two Gateway Center, 12th Floor
Newark, New Jersey 07102
(973) 623-3000
mpatunas@litedelpma.com

*Attorneys for Defendants Shai Harmelech, Cable America, Inc.,*
*d/b/a Satellite America and USA Satellite & Cable, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| W. JAMES MAC NAUGHTON, | Civil Action No.: 09-5450 (PGS)(ES) |
| Plaintiff, | **ORDER** |
| v. | |
| SHAI HARMELECH, CABLE AMERICA, INC., d/b/a SATELLITE AMERICA and USA SATELLITE & CABLE, INC., | |
| Defendants. | |

This matter having come before the court upon application of Lite DePalma Greenberg, LLC, attorneys for Defendants, for an Order extending Defendants' time to file and serve their replies on their pending motions to dismiss and/or transfer and for the *pro hac vice* admission of Donald F. Spak, and the Court having held a telephone conference on April 5, 2010, and for good cause shown

IT IS on this __6th__ day of April, 2010

**ORDERED** that Defendants' time to file and serve their replies on their pending motions to dismiss and/or transfer and for the *pro hac vice* admission of Donald F. Spak is hereby extended until April 19, 2010.

_____
Honorable Esther Salas, U.S.M.J.

234209 v1